CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 2 6 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR,<br>Plaintiff, | )<br>)<br>) | Civil Action No. 7:08-cv-00598 |
| v. | )<br>) | |
| WESTERN REGIONAL<br>DIRECTOR VDOC, et. al.,<br>Defendants. | )<br>)<br>)<br>) | |
| KENNETH EDWARD BARBOUR,<br>Plaintiff, | )<br>)<br>) | Civil Action No. 7:08-cv-00601 |
| v. | )<br>) | |
| VDOC DIRECTOR INMATE<br>HEALTH SERVICES, et. al.,<br>Defendants. | )<br>)<br>)<br>) | |
| KENNETH EDWARD BARBOUR,<br>Plaintiff, | )<br>)<br>) | Civil Action No. 7:08-cv-00602 |
| v. | )<br>) | |
| WESTERN REGIONAL<br>DIRECTOR VDOC, et. al.,<br>Defendants. | )<br>)<br>)<br>) | |
| KENNETH EDWARD BARBOUR,<br>Plaintiff, | )<br>)<br>) | Civil Action No. 7:08-cv-00603 |
| v. | )<br>) | |
| CAPTAIN REYNOLDS, et. al.,<br>Defendants. | )<br>)<br>) | |

| | |
|---|---|
| KENNETH EDWARD BARBOUR, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00604 |
| ) | |
| v. ) | |
| ) | |
| WESTERN REGIONAL ) | |
| DIRECTOR VDOC, <u>et. al.</u>, ) | |
| Defendants. ) | |
| | |
| KENNETH EDWARD BARBOUR, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00605 |
| ) | |
| v. ) | |
| ) | |
| WESTERN REGIONAL ) | |
| DIRECTOR VDOC, <u>et. al.</u>, ) | |
| Defendants. ) | |
| | |
| KENNETH EDWARD BARBOUR, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00606 |
| ) | |
| v. ) | |
| ) | |
| VDOC WESTER REGIONAL ) | |
| DIRECTOR, <u>et. al.</u>, ) | |
| Defendants. ) | |
| | |
| KENNETH EDWARD BARBOUR, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00607 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BRYAN WATSON, <u>et. al.</u>, ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that these eight (8) civil actions are hereby **CONSOLIDATED** for disposition; all eight (8) civil actions are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for

2

failure to state a claim; and all eight (8) actions are stricken from the active docket of the court.

Plaintiff is advised that federal law provides that a prisoner may not bring a civil action without complete prepayment of the appropriate filing fee if the prisoner has brought on three or more occasions, an action or appeal in a federal court that was dismissed as frivolous, as malicious, or for failure to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. See 28 U.S.C. §1915(g). **Because of the overlapping nature of plaintiff's claims in these eight civil actions, the simultaneous dismissal of these eight complaints shall only count as one qualified dismissal under 28 U.S.C. § 1915(g).** Thus, plaintiff is advised that he now has at least one "strike" under § 1915(g), and if he has previously had, or in the future has, two or more other civil actions in federal court dismissed on the grounds cited in § 1915(g), he will no longer be allowed to file any civil action in federal court without prepayment of the $350.00 filing fee, unless he demonstrates imminent danger of serious physical harm.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 26th day of November, 2008.

_____
Senior United States District Judge

3